(INND Rev. 8/16)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

__Anthony Wayne Michael__,
[You are the PLAINTIFF, print your full name on this line.]

v.                                                      Case Number __3:18-cv-869__

__Westville Correctional Facility__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Westville Correctional Facility | Westville Corr. Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Dr. Walla, Mental Health | Westville Corr. Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391 |
| 3 |   |   |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? __Westville Correctional Facility, IDOC-WCC 5501 S. 1100 W. Westville, In. 46391__

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? __July 31st 2018 to August 11th 2018__

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. On July 31st 2018, I was placed in the recieving cell #1 here at WCC an put on suicide watch, because I had lost my son. The cell had no toilet an no bed just the cement floor. I was then instructed by SGT. Reed, DOC staff, that per Dr. Walla Mental Health that I was to only recieve a smock, which is a suicide gown you wear. So then SGT REED, LT. Eikens an LT. Jones all told me that per Dr Walla, I was not to recieve no suicide blanket, no suicide mattress, only a smock an I was to sleep on the cold cement floor. I had to sleep like this from July 31st 2018 until August 11th 2018. This is all on video, because I was on camera in recieving cell #1 plus I had suicide companions watching me.

2. From laying on the cold cement floor in a fetal position, I had bruises on my right an left shoulders an hips. I had to lay in the fetal position because this place is A cam it was the only way to try to keep warm. Officer Miller came to my cell an said he felt sorry for the way they were treating me an went an got me a suicide blanket, an then came back five minutes later an said I

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

had to give it back, because he got into trouble. I had the nurses come to my cell an say they knew it was wrong for the way they were treating me, but they couldn't go against their own people.

3: On the same dates July 31st 2018 to August 11th 2018 when I would have to urinate, the DOC officers here in WCC would say they don't have time to let me out to urinate so just urinate in the starafoam trays we get when we eat. So then I would have five to six starafoam trays stacked up with urine in them in my cell because the DOC officers refused to empty them.

4: Then after I would urinate in the starafoam trays I couldn't wash my hands an had to eat my next tray with my hands an fingers, because I was not allowed no utinsils. The DOC officers refused to let me wash my hands after I had to urinate in the starafoam trays. I was told by one LT Eihens that if I didn't like the way things were ran then don't come to prison, or just deal with it. He said when it came down to it, they would cover their own butts to make sure nothing happens to one of their own.

5: I feel all of this was cruel an unusual punishment in that nobody should have to go through this no matter what the circumstance might be. I feel all my rights were violated in this matter.

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event did not happen in a prison or jail.
   - ○ No, this event is not grievable at the prison or jail where it occurred.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ☑ Yes, this event was grievable, ~~but I did not file a grievance because~~ am I've filed two grievances on this matter, an have been told they can't find anyone of my grievances. I have tried to file a grievance on this matter.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   That both Defendants should be held accountable for their actions an have to pay the plaintiff for the pain an suffering an the humiliation that he had to go through.

[Initial Each Statement]

AM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
AM  I will keep a copy of this complaint for my records.
AM  I will promptly notify the court of any change of address.
AM  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10/22/20 18 at 9:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Anthony Michael_                                    960269
Signature                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]