UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANTHONY WAYNE MICHAEL, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:18CV869-PPS/MGG |
| WESTVILLE CORRECTIONAL FACILITY and DR. WALLA, | |
| Defendants. | |

ORDER

Anthony Wayne Michael, a prisoner without a lawyer, seeks leave to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915(b), the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 3);

(2) WAIVES the initial partial filing fee;

(3) ORDERS the plaintiff, **Anthony Wayne Michael, IDOC # 960269**, to pay (and the facility having custody of him to automatically remit) 20% of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on November 26, 2018.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT