(INND Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Anthony Wayne Michael,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Superintendent Mr. Savier,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 3:18-CV-869
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Superintendent Mr. Savier | Westville Correctional Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391 |
| 2 | LT. Mr. Jones | Westville Correctional Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391 |
| 3 | SGT. Reid (Mr.) | Westville Correctional Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 4

2. What is the name and address of your prison or jail? Westville Correctional Facility IDOC-WCC 5501 S. 1100 W. Westville, IN. 46391

3. Did the event you are suing about happen there? ☑ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? July 31st 2018 To August 11th 2018

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

4½ A

#

| 4 Defendant's Name an Job Title | Work address |
|---|---|
| Mr. LT. Eikens | Westville Correctional facility<br>I-DOC-WCC 5501 S. 1100 W.<br>Westville, IN. 46391 |

Also attached is my two Grievances that I tried to file.

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

　　**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

　　**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The Plaintiff Anthony Wayne Michael is an inmate at Westville Correctional Facility in Westville, In. On July 31st until August 11th 2018, I was placed in Recieving cell #1 on suicide watch. The cell I was in on the above dates had no steel bed, no toilet or sink an had dried food on the floor. The floor was cement an was freezing cold do to the A/c being on. During the time I was in the cell I was forced to sleep on the cement floor with only a suicide smock, with the dried food, an had to sleep in a fetal position to try to keep warm. Also on the above dates I informed "LT. Mr. Jones on August 2nd that I needed to use the bathroom an was told by "Mr. LT Jones" to use one of the styrofoam trys I had in my cell. I also asked "Mr. LT Jones if I could at least wash my hands so I could eat my next meal in the mourning. He "Mr LT Jones stated he didn't have time for nonsense. I asked "Mr. LT Jones if I could use the bathroom an wash my hands on August 7th 2018 An was told the same thing to urinate in the styrofoam tray in my cell an that he didn't have time for me to wash my hands. There were days when I would have 5-6 styrofoam trays stacked up in my cell

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

because officers Refused To Throw Them away.

(2) On July 31st 2018 an August 5th 2018 an August 9th I asked "Mr. SGT. Reid an "Mr. LT. Eikens if I could use The bathroom an was Told by both of Them That They didn't have Time. To Just urinate in The styrofoam Trays I had in my cell. I asked both of Them if I could at Least wash my hads so I could eat my next Tray an was Told if I wanted To wash my hands when I wanted To stay out of Prison

(3) On August 2nd an August 7th I asked "Mr LT. Jones if he could at Least have some one clean This floor I sleep on, because of The dried food an bugs. He stated Thats not his Job

(4) On August 5th an August 9th I asked "Mr SGT Reid" an "Mr LT. Eikens if They could clean my cell because it was nasty an I have To sleep on it. They Told me They would Let someone know an it never got cleaned.

(5) On August 23rd 2018 an August 29th 2018 I wrote The Superintendent "Mr. Savier To let him know what his officers were doing To inmates on suicide watch an never heard nothing back.

(6) I feel That This is cruel an unusual Punishment An That nobody should have To go Through The humilation an Pain an suffering no matter what The circumstance might be. I feel my rights were violated in This matter.

(7) All of This is on video camera from July 31st To August 11th 2018 here at WCU in Recieving cell #1.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ✓ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ✓ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event did not happen in a prison or jail.
    ○ No, this event is not grievable at the prison or jail where it occurred.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ✓ Yes, this event was grievable, but I did not file a grievance because on I've filed Two Grievances on This matter. One They said I never filed a informal complaint, which I did Three Times. My second grievance They said I never submitted it within the Time Limits, which I did

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I feel That All The Defendants should be held Accountable for Their actions And have To Pay The Plaintiff for The humiliation he had To Go Through an The Pain an suffering it caused him.

[Initial Each Statement]

AM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
AM  I will keep a copy of this complaint for my records.
AM  I will promptly notify the court of any change of address.
AM  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 12/26/2018 at 7:00 (am)/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Anthony Michael_____
Signature

960269
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]