

**RETURN OF GRIEVANCE**
State Form 45475 (R3 / 8-17)
INDIANA DEPARTMENT OF CORRECTION

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Anthony Michael | 960269 | WCC | 12/6/2018 |

| Work assignment | Housing assignment |
|---|---|
| | D 5 104 |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 12/6/2018 | 12/6/2018 |

_____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

✓ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in Policy and Administrative Procedure 00-02-301.

_____ There is no indication that you tried to informally resolve your complaint. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five (5) days to begin that process.

_____ Your complaint concerns a Classification or Disciplinary Hearing issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

_____ A sex offender may not grieve the denial of visits with minors. *(See Policy and Administrative Procedure 02-01-102.)*

_____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

_____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

_____ The grievance form is not completely filled out. Complete the form and submit it again within five (5) business days.

_____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

_____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon.

_____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

_____ The issue in this complaint or concern was addressed previously in Grievance # _____

_____ You are identified as a grievance abuser.

_____ There is not enough information in this form to warrant an investigation. Please provide this additional information:

_____

_____ Your complaint or concern is a matter not appropriate to the grievance process.

_____ Other: See Attached

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| *John R. Harvil* | Mr. Harvil |

*If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days.*



**OFFENDER GRIEVANCE**
State Form 45471 (R3 / 11-14)
DEPARTMENT OF CORRECTION

RECEIVED
DEC 06 2018
GRIEVANCE OFFICE

COPY 11-8-18

| FOR OFFICIAL USE ONLY |
| --- |
| Grievance number |

| To: EXECUTIVE ASSISTANT | Facility WCU | Date *(month, day, year)* 11-2-18 |
| --- | --- | --- |

| From *(name of offender and DOC number):* AnThony Michael #960269 | Signature of offender Anthony Michael |
| --- | --- |
| Housing assignment D-5-104 | Date of incident *(month, day, year)* 7-31-18 to 8-11-18 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)*

I've tried to resolve this informally a couple times on a pink request form an I never received nothing back so I'm filing a grievance. On July 31st 2018 to August 11th 2018 I was placed in receiving cell #1 on suicide watch. I was placed in that cell with only a smock, an no suicide blanket, or suicide mattress. I had to sleep on the cement floor "not 4-6 inches off the floor" on the cement floor with only a smock. Dr. Wala stated that those were her orders. On the same date an times July 31st 2018 to August 11th 2018 I was only able to use the bathroom when asked, which was about every 2-3 days. When I asked to use the bathroom the officers would tell me its going to be awhile because I urinate in the empty starafoam trays that I receive "camera will show proof". There were days when I would have 5-6 starafoam trays stacked up in my cell full of urine, because the guards refused to take me to the bathroom or show the trays away. After I would urinate in the trays I would have to use my hands an fingers to eat my next tray without washing my hands because the guards refused to take me to the bathroom. I have the nurses an suicide companions who were watching me who will witness to this matter. Plus its all on camera from July 31st 2018 to August 11th 2018 in receiving here in WCU.

State the relief that you are seeking.

I feel that Dr. Wala an DOC officers who were in charge on the dates above should be held accountable for their actions, for lack of job duties. I feel my rights were violated.

| Signature of executive assistant | Date *(month, day, year)* |
| --- | --- |



**RETURN OF GRIEVANCE**
State Form 45475 (R3 / 8-17)
INDIANA DEPARTMENT OF CORRECTION

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Anthony Michael | 960269 | WCC | 10/16/2018 |

| Work assignment | Housing assignment |
|---|---|
| | DS-5-104 |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 10/16/2018 | 10/16/2018 |

_____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

_____ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in Policy and Administrative Procedure 00-02-301.

__✓__ There is no indication that you tried to informally resolve your complaint. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five (5) days to begin that process.

_____ Your complaint concerns a Classification or Disciplinary Hearing issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

_____ A sex offender may not grieve the denial of visits with minors. (See Policy and Administrative Procedure 02-01-102.)

_____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

_____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

_____ The grievance form is not completely filled out. Complete the form and submit it again within five (5) business days.

_____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

_____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon.

_____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

_____ The issue in this complaint or concern was addressed previously in Grievance # _____

_____ You are identified as a grievance abuser.

_____ There is not enough information in this form to warrant an investigation. Please provide this additional information:

_____

_____ Your complaint or concern is a matter not appropriate to the grievance process.

_____ Other: _See Attached_____

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| John C. Harvil | Mr. Harvil |

_If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days._

cconf 10-1-18

 **OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

RECEIVED

OCT 16 2018

GRIEVANCE OFFICE

| FOR OFFICIAL USE ONLY |
| --- |
| Grievance number |

| To: | Facility | Date *(month, day, year)* |
| --- | --- | --- |
| **Facility Grievance Specialist** | WCC | 10-1-18 |

| From *(name of offender)* | DOC number | Signature of offender |
| --- | --- | --- |
| Anthony Michael | 960269 | Anthony Michael |

| Housing assignment | Date of incident *(month, day, year)* |
| --- | --- |
| D-5-104 | 7-31-18  To  8-11-18 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On July 31st 2018 I was placed in recieving cell #1 in WCC on suicide watch. From July 31st 2018 to August 11th 2018 I remained in that cell with only a smock. I recieved my suicide blanket, no mattres an had to sleep on the concrete floor, "not 4-6 inches off the the floor," on the cement floor with only a smock. On the same dates July 31st 2018 to August 11th 2018 when I would ask to use the bathroom they would tell me that its going to be awhile so just urinate in the stirafoam trays that we recieve our food in. There were days when I would have five to six stara foam trays in my cell full of urine because they refused to take me to the bathroom or throw my trays away. After I would urinate in the trays I would have to use my hands an fingers to eat my next tray without washing my hands. I have plenty of witnesses on this, plus it is on video because I was on camera in recieving at this time.

State the relief that you are seeking.

I feel that the Mental Health an DOC officers who were in charge on the dates above should be held accountable for their actions. I feel my rights were violated

| Signature of Facility Grievance Specialist | Date *(month, day, year)* |
| --- | --- |
| | |